AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SHORE CAPITAL PARTNERS, LLC

*Plaintiff(s)*

v.

SHOR CAPITAL MANAGEMENT, LLC

*Defendant(s)*

Civil Action No. 1:26-cv-26323-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHOR CAPITAL MANAGEMENT, LLC
17705 NE 9th Place,
North Miami Beach, Florida 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared R. Kessler, Esq.
Winston Taylor LLP
200 S. Biscayne Blvd., Suite 1700
Miami, FL 33131
(305) 910-0500
jared.kessler@winstontaylor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts